706 A.2d 1208

FRANK M. HALL, JR., Appellant,

v.

Betty K. COURTNEY, individually, and as Administratrix of the Estate of Richard P. Courtney, deceased, Robert David Cornman, Tammy L. Cornman and Commonwealth of Pennsylvania, Department of Transportation.

Supreme Court of Pennsylvania.

Argued March 10, 1998.

Decided April 3, 1998.

Reargument Denied June 3, 1998.

Robert Goldman, for Frank M. Hall, Jr.

Warren Siegfried, Pittsburgh, for Betty K. Courtney.

Leo M. Stepanion, for Robert and Tammy Cornman.

Brian Baxter, Pittsburgh, for Dept. of Transp.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.